**RECEIVED**
IN LAKE CHARLES, LA

APR 2 0 2009
JB
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STERDY CHARLES | : | DOCKET NO. 2:09-cv-152 |
| VS. | : | JUDGE TRIMBLE |
| MICHAEL MUKASEY, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

Petitioner Charles filed a Petition for Writ of Habeas Corpus (28 U.S.C. § 2241) with this court on January 26, 2009. Doc. 1. On April 13, 2009, petitioner filed a Motion in which he asks the court order defendants to immediately release him on an order of supervision. Doc. 2

Because petitioner challenges his continued custody pursuant to 28 U.S.C. § 2241, his Petition for Writ of Habeas Corpus is subject to initial review pursuant to 28 U.S.C. § 2243, which states "A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." (emphasis added). The court is currently completing its initial review of petitioner's Petition for Writ of Habeas Corpus.

Therefore, petitioner's Motion to be immediately released [doc. 2] is DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 20th day of April , 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE