RECEIVED
IN LAKE CHARLES, LA

JUL -7 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STERDY CHARLES** | : | **DOCKET NO. 2:09-cv-152**<br>**SECTION P** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **MICHAEL MUKASEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Sterdy Charles filed a *habeas corpus* petition in the above-captioned matter on January 26, 2009. Doc. 1. On June 23, 2009, the court scheduled an evidentiary hearing to occur on July 31, 2009 and appointed counsel for petitioner. Doc. 12. On July 2, 2009, defendants filed a Motion to Dismiss representing that on June 24, 2009, petitioner was removed from the United States. Doc. 14. The Motion is Unopposed. *Id.*

Accordingly, it is ORDERED that the evidentiary hearing in this matter is CANCELED.

It is FURTHER ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by defendants be without verity, petitioner, through his appointed counsel, shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 7th day of July, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE